

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2021

No. 04-20-00402-CV

**CITY OF LAREDO,**
Appellant

v.

Brenda **SANCHEZ,** Individually and as next friend of R.S., minor,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVA001672D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:      Retired Chief Justice, Sandee Bryan Marion, (not participating)
              Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena Chapa, Justice
              Irene Rios, Justice
              Beth Watkins, Justice
              Lisa A. Rodriguez, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court